UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

SECRETARY OF LABOR (MSHA)   :
:
Petitioner,   :
:
v.   :   No   22-1071
:
:
KC TRANSPORT, INC. and FEDERAL   :
  MINE SAFETY AND HEALTH   :
  REVIEW COMMISSION,   :
:
Respondents.   :

CERTIFIED INDEX TO MATERIALS COMPRISING
THE ADMINISTRATIVE RECORD FILED PURSUANT
TO RULE 17(b) OF THE FEDERAL RULES
OF APPELLATE PROCEDURE

<u>Contents</u>                                                                                                       <u>Pages</u>

<u>Docket No. WEVA-2019-0458</u>

Secretary of Labor's (Secretary) Petition for the Assessment of Civil
  Penalty filed May 23, 2019 ................................................................................ 1-69

KC Transport, Inc. (KC Transport) Answer to Petition for Assessment
  of Civil Penalty filed June 6, 2019 ................................................................... 70-72

ALJ's Order of Assignment and Prehearing Order issued June 13, 2019 ......... 73-76

ALJ's Notice of Hearing issued July 26, 2019 .................................................. 77-78

KC Transport's Response to Prehearing Order filed November 12, 2019 ........ 79-82

ALJ's Notice of Hearing Site issued November 12, 2019 ...................................... 83

KC Transport's Prehearing Report filed November 13, 2019 ............................ 84-86

Secretary's Prehearing Report filed November 13, 2019 ............................... 87-105

ALJ's Amended Notice of Hearing issued November 14, 2019 .................. 106-107

ALJ's email log dated December 12, 2019 ........................................................ 108

ALJ's Second Amended Notice of Hearing issued December 17, 2019 ...... 109-110

Secretary's Motion to Approve Partial Settlement filed
   December 18, 2019 ................................................................................... 111-119

Secretary's Proposed Order to Accept Appearance and Decision to Approve Partial
   Settlement filed December 18, 2019 ........................................................ 120-123

ALJ's Decision Approving Partial Settlement issued
   December 19, 2019 ................................................................................... 124-126

KC Transport's Motion for Summary Decision filed
   December 23, 2019 ................................................................................... 127-128

KC Transport's Memorandum of Law in Support For Motion for
   Summary Decision filed December 23, 2019 .......................................... 129-142

Joint Stipulations filed December 23, 2019 ................................................. 143-154

Secretary's Motion for Partial Summary Decision filed
   December 23, 2019 ................................................................................... 155-185

KC Transport's Response in Opposition to Secretary's Motion for
   Partial Summary Decision filed January 20, 2020 ................................... 186-194

Secretary's Response to Respondent's Motion for Summary Decision
   filed January 20, 2020 .............................................................................. 195-199

ALJ's Order Denying Respondent's Motion for Summary Decision and
   Granting Secretary's Motion for Summary Decision
   issued March 3, 2020 ................................................................................ 200-219

KC Transport's Petition for Discretionary Review filed April 2, 2020 ........ 220-243

Secretary's Entry of Appearance filed April 6, 2020 .................................... 244-245

KC Transport's Designation of Petition for Discretionary Review
  as Opening Brief filed May 5, 2020 .......................................................... 246-247

Secretary's Response Brief filed June 4, 2020 ............................................. 248-265

KC Transport's Reply Brief filed June 25, 2020 .......................................... 266-284

Commission Meeting Notice issued November 5, 2020 ..................................... 285

Commissioners' Decision issued April 5, 2022............................................. 286-312

## CERTIFICATE

I, Thaddeus Jason Riley, attorney advisor, Federal Mine Safety and Health Review Commission, hereby certify that the foregoing is a true and correct Index to Materials Comprising the Administrative Record in the captioned proceeding.

        /s/ Thaddeus Jason Riley
        Thaddeus Jason Riley