# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 22-1071** | **September Term, 2022** |
| | MSHR-WEVA2019-0458 |
| | **Filed On:** December 30, 2022 |

Secretary of Labor, Mine Safety and Health
Administration,

      Petitioner

    v.

KC Transport, Inc. and Federal Mine Safety
and Health Review Commission,

      Respondents

    **BEFORE:**    Wilkins, Walker, and Pan, Circuit Judges

### O R D E R

    It is **ORDERED**, on the court's own motion, that the parties file supplemental briefs of not more than 5,750 words, addressing the following three points. First, in passing the 1977 Federal Mine Safety and Health Act, Congress explained that it would "enlarge[n] the definition of 'mine' in [30 U.S.C. § 802(h)] to include those mines previously covered by the [1966] Federal Metal and Non-Metallic, Mine Safety Act." S. Rep. No. 95-181, at 59 (1977) (Conf. Rep.). The parties are to inform the court how, if at all, the Secretary of Labor, Federal Mine Safety and Health Review Commission, and courts have interpreted this 1966 "mine" definition. *See* P.L. 89-577 § 2(b)(3). Second, the parties are directed to also address whether the Secretary waived *Chevron* deference when his counsel stated at oral argument that the statute was unambiguous, and he was not asking for deference under *Chevron*. And third, the parties are to address whether there is any locational limit based on the places enumerated just in 30 U.S.C. § 802(h)(1)(C), without reference to the locations provided in § 802(h)(1)(A-B). *See, e.g.*, *Lancashire Coal Co. v. Sec'y of Labor*, 968 F.2d 388, 393 n.5 (3rd Cir. 1992) (describing factors considered by MSHA regarding jurisdiction over abandoned mine sites). Both parties' supplemental briefs are due by 4:00 p.m. on January 13, 2023, and both parties' response briefs are due by 4:00 p.m. on January 20, 2023. In addition to filing electronically, the parties are directed to hand-deliver the paper copies of their submissions to the court by the time and date due.

**Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                Michael C. McGrail
                Deputy Clerk