# United States Court of Appeals

#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1071**                                        **September Term, 2022**

**MSHR-WEVA2019-0458**

**Filed On:** August 9, 2023

Secretary of Labor, Mine Safety and Health
Administration,

        Petitioner

    v.

KC Transport, Inc. and Federal Mine Safety
and Health Review Commission,

        Respondents


**BEFORE:**    Wilkins, Walker, and Pan, Circuit Judges

## O R D E R

Upon consideration of petitioner's motion to expedite the issuance of the
mandate, and the opposition thereto, it is

**ORDERED** that the motion be denied.


### Per Curiam


**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk