# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1071**     September Term, 2023

**MSHR-WEVA2019-0458**

**Filed On:** October 3, 2023

Secretary of Labor, Mine Safety and Health Administration,

     Petitioner

     v.

KC Transport, Inc. and Federal Mine Safety and Health Review Commission,

     Respondents

    **BEFORE:**  Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of respondent's petition for rehearing en banc, which includes a motion to hold the decision on rehearing in abeyance, the opposition to the motion, and the reply, and the absence of a request by any member of the court for a vote on the petition, it is

    **ORDERED** that the motion be denied.  It is

    **FURTHER ORDERED** that the petition be denied.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
       Daniel J. Reidy
       Deputy Clerk