# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Secretary of Labor, Mine Safety and Health Adminstration

**v.**

KC Transport, Inc., et al.

**Case No:** 22-1071

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as (●) Retained ( ) Pro Bono ( ) Appointed (CJA/FPD) ( ) Gov't counsel

for the ( ) Appellant(s)/Petitioner(s) (●) Appellee(s)/Respondent(s) ( ) Intervenor(s) ( ) Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

KC Transport, Inc.

### Counsel Information

Lead Counsel: Aditya Dynar

Direct Phone: (202) 807-4472 Fax: (916) 419-7747 Email: ADynar@pacificlegal.org

2nd Counsel: Damien M. Schiff

Direct Phone: (916) 503-9043 Fax: (916) 419-7747 Email: DSchiff@pacificlegal.org

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name:

Firm Address:

Firm Phone: ( ) - Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)