# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-1071** **September Term, 2025**

**MSHR-WEVA2019-0458**

**Filed On:** July 13, 2026

Secretary of Labor, Mine Safety and Health Administration,

Petitioner

v.

KC Transport, Inc. and Federal Mine Safety and Health Review Commission,

Respondents

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of respondent's petition for rehearing en banc, the response thereto, the letter, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Lillian Wright
Deputy Clerk